JACOB FINKELSTEIN et al., Respondents, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Submitted September 26, 1939; decided October 10, 1939.

*James D. Ewing* for appellant.

*Alfred L. Weiss* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.